UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re the Matter of ) | 1:05-cv-1390 OWW |
| ) | |
| KARI ANN PECK, ) | ORDER AUTHORIZING |
| ) | APPELLANT'S OPENING BRIEF |
| Debtor, ) | TO EXCEED 25 PAGES |
| ) | |
| ADRIAN MAASKANT, ) | |
| ) | |
| Appellant, ) | |
| ) | |
| v. ) | |
| ) | |
| KARI ANN PECK, ) | |
| ) | |
| Appellee. ) | |
| ) | |

Appellant has moved to exceed the Federal Rules of Bankruptcy Procedure Rule 8010(c)(1) 30 page limit.  Good cause appearing;

IT IS ORDERED that Plaintiff's opening brief shall not exceed 52 pages.

IT IS SO ORDERED.

**Dated:   March 20, 2006**              /s/ Oliver W. Wanger
emm0d6                              UNITED STATES DISTRICT JUDGE

1