1

2

3

4

5

6                     UNITED STATES DISTRICT COURT

7                     EASTERN DISTRICT OF CALIFORNIA

8

9    In re                    )    District Court Case No.
                              )    1:05-cv-1390 OWW
10   KARI ANN PECK            )
                              )    Bankruptcy Case No.
11             Debtor.        )    01-11815-B-7
     _____ )
12                            )    Adversary Proceeding No.
     ADRIAN MAASKANT,         )    01-1125-D
13                            )
              Plaintiff/Appellant,  )    ORDER CLOSING CASE
14                            )
         v.                   )
15                            )
     KARI ANN PECK,           )
16                            )
              Defendant/Appellee    )
17                            )
     _____ )
18

19

20        Before the Court is the March 30, 2006, Order of the

21   Bankruptcy Court dismissing the appeal in this case pursuant to

22   the authority of *Williams v. EMC Mortgage Corp. (In re Williams)*,

23   216 F.3d 1295, 1298 (11th Cir. 2000).

24        The Bankruptcy Judge has correctly analyzed the law that

25   provides that under Federal R. Bank. P. 8002 there is no

26   provision for the reopening of time to file an appeal when a

27   party does not receive notice of an entry of judgment or order.

28   Further, Fed. R. Bank. P. 9022(a) provides that: "Lack of notice

                                  1

1   of the entry [of a judgment or order] does not effect the time to

2   appeal or relieve or authorize the Court to relieve a party for

3   failure to appeal within the time allowed except as permitted in

4   Rule 8002." *In re Williams*, at p. 1298, fn.4; *citing, In re*

5   *Longardner & Assocs., Inc.*, 855 F.2d 455, 464 (7th Cir. 1988).

6   As recognized by the United States Supreme Court and the Ninth

7   Circuit "[T]he provisions of Bankruptcy Rule 8002 are

8   jurisdictional; the untimely filing of a notice of appeal

9   deprives the Appellate Court of jurisdiction to review the

10   Bankruptcy Court's order." *Saunders v. Band Plus Mortgage Corp.*

11   *(In re Saunders)*, 31 F.3d 767, 767.

12       As this case has properly been ordered dismissed by the

13   March 30, 2006, order of United States Bankruptcy Judge Brett

14   Dorian, the Clerk of Court is ORDERED to close District Court

15   Case No. 1:05-cv-1390 OWW.

16

17   IT IS SO ORDERED.

18   **Dated:    April 6, 2006**           **/s/ Oliver W. Wanger**
     emm0d6                   UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28